HANES *et al. v.* DAVIS *et al.*

</div>

FISH, C. J.   1. According to the ruling made in *Coleman* v. *Board of Education*, 131 *Ga.* 644 (5), 648 (63 S. E. 41), a court of equity had jurisdiction to grant the relief sought in the present case.

2. The evidence being conflicting, the judge did not abuse his discretion in granting an interlocutory injunction.

<div align="center">

*Judgment affirmed. All the Justices concur.*

APRIL 16, 1913.

</div>

Injunction. Before Judge Jones. Hall superior court. June 15, 1912.

*William M. Johnson,* for plaintiffs in error.
*Howard Thompson* and *B. P. Gaillard Jr.,* contra.